# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| ROBIN E. HARKESS, | Civil No. 09-2449 (JRT/JSM) |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.,* | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

___

Based upon the Stipulation for Dismissal with Prejudice filed by the Plaintiff and Defendant 5Star Bank, on November 3, 2009 [Docket No. 17], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the claims which Plaintiff brought, or could have brought herein against Defendant 5Star Bank are hereby **DISMISSED WITH PREJUDICE**, and on the merits, with each party to bear her or its own respective costs, attorneys' fees, and other expenses of this litigation.

DATED: November 4, 2009
at Minneapolis, Minnesota.

                                              s/John R. Tunheim
                                        JOHN R. TUNHEIM
                                    United States District Judge