# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ROBIN E. HARKESS, | Civil No. 09-2449 (JRT/JSM) |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.,* | **AMENDED ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

_____

**WHEREAS** Counsel for Plaintiff and Defendant 5Star Bank have filed with this Court a Stipulation of Dismissal with Prejudice pursuant to which the parties thereto have agreed that the claims which Plaintiff has brought, or could have brought against Defendant 5Star Bank may be dismissed with prejudice, with each party to bear such party's own costs, including attorneys' fees and/or other expenses, in connection with this litigation [Docket No. 17];

**IT IS HEREBY ORDERED** that the claims which Plaintiff brought, or could have brought herein against Defendant 5Star Bank are hereby **DISMISSED WITH PREJUDICE**, and on the merits, with each party to bear her or its own respective costs, attorneys' fees, and other expenses of this litigation. THERE BEING NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 18, 2009
at Minneapolis, Minnesota.

                                                                   s/John R. Tunheim
                                                            JOHN R. TUNHEIM
                                                         United States District Judge